WILLIAM H. REINHARDT, Respondent, *v.* WALTER BUR-
CZYNSKI, Defendant, and INTERNATIONAL BUS COR-
PORATION, Appellant.

(Argued November 27, 1929; decided January 7, 1930.)

*Peter A. Schultz, John J. K. Caskie* and *Gordon Steele*
for appellant.

*Wortley B. Paul* and *John G. Lesswing* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN
and HUBBS, JJ. Not sitting: CARDOZO, Ch. J.